IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDSEY BOYD JORDAN                                              PETITIONER

    V.                        Civil No. 13-6080

RAY HOBBS, Director,
Arkansas Department of Correction                                RESPONDENT

ORDER

On this 28th day of April 2014, there comes on for consideration the report and recommendation filed in this case on January 27, 2014 (doc. 31), by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Also before the Court are Petitioner's objections (doc. 32) to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Petitioner's 28 U.S.C. § 2254 petition (doc. 1) is hereby DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                        /s/ Robert T. Dawson
                        Honorable Robert T. Dawson
                        United States District Judge