IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDSEY BOYD JORDAN                                    PETITIONER

    V.                         Civil No. 13-6080

RAY HOBBS, Director,
Arkansas Department of Correction                     RESPONDENT

JUDGMENT

For reasons set forth in the Order filed contemporaneously herewith (doc. 33), Petitioner's 28 U.S.C. § 2254 petition (doc. 1) is hereby DENIED and DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 28ᵗʰ day of April, 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge